**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 99-1473**

―――――――――――

LARRY G. THORNTON,

Plaintiff - Appellant,

versus

ROBERT A. SCARDELLETTI, as individual and as
President of Transportation Communications
International Union; RICHARD A. JOHNSON, in-
dividual and as President of BRCD-TCIU and
Transportation Communication International;
TRANSPORTATION COMMUNICATIONS INTERNATIONAL
UNION,

Defendants - Appellees,

RICHARD PORATH, President, Lodge 6434; GARY
CLARK, Member, Lodge 6434,

Movants.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
98-532-DKC, CA-98-3328-DKC)

―――――――――――

Submitted: August 17, 1999        Decided: August 30, 1999

―――――――――――

Before MURNAGHAN, TRAXLER, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

Larry G. Thornton, Appellant Pro Se. Joseph Guerrieri, Jr., Debra Lynn Willen, GUERRIERI, EDMOND & CLAYMAN, P.C., Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry G. Thornton appeals the district court order granting summary judgment to the Appellees and dismissing his complaints alleging defamation, slander, and errors in his expulsion from his union position and the merger of one union local into another union local. We have reviewed the record and the district court memorandum opinion and find no error. Accordingly, we affirm on the reasoning of the district court. See Thornton v. Scardelletti, CA-98-532-DKC (D. Md. Mar. 23, 1999). We deny the motion to intervene and Thornton's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and oral argument would not aid in the decisional process.

AFFIRMED